ANTHONY INFANTE v. CONSOLIDATED RAIL CORPORATION.

January 12, 1988.

Petition for certification denied.

D. WILLIAM JOLLEY AND JEAN B. JOLLEY v. C. HENRY SCHNEIDER AND GRACE SCHNEIDER.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY LILES.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP DAVID WHITEHEAD.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TERRY GILLESPIE.

January 12, 1988.

Petition for certification denied.